JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-01709-RGK / 2:14-cr-00259-RGK-1 | Date | May 4, 2022 |
| Title | *SYLVIA OGBENYEANU WALTER-EZE v. USA* | | |

Present: The Honorable  R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio (Not Present) | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    (IN CHAMBERS) ORDER

The Court having stricken Petitioner's 28 USC Section 2255 Motion as untimely on May 3, 2022 [23], the clerk shall close this action.

IT IS SO ORDERED.

___:___
Initials: jre